Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Ira J. Ebbs |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western    District of Kentucky (State) |
| Case number | 14-33608 |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

### Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 7 5

**Property address:** 3803 Stigwood Court
Number    Street

Louisville    KY    40218
City    State    ZIP Code

---

### Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

---

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___ / ___ / ___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 12,218.57

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b. (c) $ 12,218.57

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 05 / 01 / 2019
MM / DD / YYYY

---

| Debtor 1 | Ira | J. | Ebbs | | Case number *(if known)* | 14-33608 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✖ /s/ Molly Slutsky Simons | Date | 01 / 14 / 2020 |
|---|---|---|---|
| | Signature | | |

| Print | Molly Slutsky Simons | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

| Company | Sottile and Barile, Attorneys at Law |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 394 Wards Corner Road, Suite 180 |
|---|---|
| | Number        Street |

| | Loveland | OH | 45140 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | (513) 444 _ 4100 | Email | bankruptcy@sottileandbarile.com |
|---|---|---|---|


BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| | | $0.00 | | Filed w/POC |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | IRA EBBS |
| BK Case # | 14-33608 |
| Date Filed | 9/26/2014 |
| First Post Petition | |
| Due Date | 10/1/2014 |
| POC Covers | |

**LOAN MODIFICATION 11/1/17**

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2017 | $1,532.42 | | | $1,745.51 | -$213.09 | $1,532.42 | | $1,532.42 | | | $0.00 | $0.00 | |
| 1/29/018 | $1,250.00 | 11/1/2017 | | $1,745.51 | -$495.51 | $1,250.00 | $495.51 | $2,286.91 | | | $0.00 | $0.00 | |
| 2/27/2018 | $1,250.00 | 12/1/2017 | | $1,745.51 | -$495.51 | $1,250.00 | $495.51 | $3,041.40 | | | $0.00 | $0.00 | |
| 3/30/2018 | $1,250.00 | 1/1/2018 | | $1,745.51 | -$495.51 | $1,250.00 | $495.51 | $3,795.89 | | | $0.00 | $0.00 | |
| 5/29/2018 | $2,501.00 | 2/1/2018 | | $1,745.51 | $755.49 | $2,501.00 | $1,745.51 | $4,551.38 | | | $0.00 | $0.00 | |
| 6/29/2018 | $1,250.50 | 3/1/2018 | | $1,745.51 | -$495.01 | $1,250.50 | $1,745.51 | $4,056.37 | | | $0.00 | $0.00 | |
| 8/29/2018 | $1,745.51 | 4/1/2018 | | $1,745.51 | $0.00 | | | $4,056.37 | | | $0.00 | $0.00 | |
| 9/27/2018 | $3,491.02 | 5/1/2018 | | $1,745.51 | $1,745.51 | $1,745.51 | | $5,801.88 | | | $0.00 | $0.00 | |
| 10/30/2018 | $1,745.51 | 6/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 12/1/2018 | $1,745.51 | 7/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 12/31/2018 | $1,745.51 | 8/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 2/1/2019 | $1,745.51 | 9/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 3/9/2109 | $1,745.51 | 10/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 3/30/2019 | $1,745.51 | 11/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 5/21/2019 | $1,745.51 | 12/1/2018 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| 6/1/2019 | $1,745.51 | 1/1/2019 | | $1,745.51 | $0.00 | | | $5,801.88 | | | $0.00 | $0.00 | |
| | | 2/1/2019 | | | $0.00 | | $1,745.51 | $4,056.37 | | | $0.00 | $0.00 | |
| | | 3/1/2019 | | | $0.00 | | $1,745.51 | $2,310.86 | | | $0.00 | $0.00 | |
| | | 4/1/2019 | | | $0.00 | | $1,745.51 | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| PAST DUE PAYMENTS | | 5/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 6/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 7/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 8/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 9/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 10/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | 11/1/2019 | | $1,745.51 | -$1,745.51 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | $12,218.57 | -$12,218.57 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $565.35 | | | $0.00 | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

In Re:                                    Case No. 14-33608

Ira J. Ebbs
                                          Chapter 13

Debtor.                                   Judge Thomas H. Fulton

---

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on January 14, 2020.

**By Notice of Electronic Filing to:**

> Julie Ann O'Bryan, Debtor's Counsel
> julieannobryan@obryanlawoffices.com

> William W. Lawrence, Trustee
> ECF@louchapter13.com

> Office of the U.S. Trustee
> Ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

> Ira J. Ebbs, Debtor
> 3803 Stigwood Ct.
> Louisville, KY 40218

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor